# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Fengqiang Zhang, DEFENDANT(S). | CASE NUMBER MJ 19-289 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Wednesday</u>, <u>2/6/2019</u>, at <u>1:30</u> ☐a.m. / ☒p.m. before the Honorable <u>Steve Kim</u>, in Courtroom <u>540</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: February 4, 2019

Steve Kim, U.S. Magistrate Judge